UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Raynal Hunter Gray**                      **Docket No. 5:09-CR-291-1BO**

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Raynal Hunter Gray, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 3, 2010, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On March 20, 2014, pursuant to a Rule 35 Motion, the term of imprisonment was reduced to 80 months.

Antonio Raynal Hunter Gray was released from custody on July 30, 2015, at which time the term of supervised release commenced. On April 13, 2016, a Violation Report was filed advising the defendant tested positive for marijuana and was charged with Driving While License Revoked. A verbal reprimand was issued, and the court agreed to hold the violations in abeyance.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 25, 2016, in Nash County, North Carolina, Gray was charged with Driving While License Revoked (16CR704349). Additionally, on June 29, 2016, in Nash County, the defendant was charged with Driving While Impaired (16CR52702). Based on the defendant's continued noncompliance with supervision, a 60-day period of location monitoring is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                      /s/ Timothy L. Gupton
Michael C. Brittain                         Timothy L. Gupton
Senior U.S. Probation Officer             U.S. Probation Officer
                                                 310 New Bern Avenue, Room 610
                                                 Raleigh, NC 27601-1441
                                                 Phone: 919-861-8686
                                                 Executed On: July 8, 2016

Antonio Raynal Hunter Gray
Docket No. 5:09-CR-291-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __7/12__ day of __July__, 2016, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge